UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES WEINSCHENK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF INDIANA, )<br>VALORIE HAHN Hamilton County )<br>Prosecutor's Office, )<br>ROBERT BECKER, )<br>JOHN DOE, )<br>)<br>Defendants. ) | No. 1:21-cv-01468-JPH-MJD |

**ORDER DISMISSING CASE**

On June 29, 2021, the Court screened Plaintiff, Charles Weinschenk's, complaint and dismissed it for failure to state a plausible claim. Dkt. 12. The Court gave Mr. Weinschenk through July 29, 2021, to file an amended complaint. *Id.* Mr. Weinschenk has filed an amended complaint[1], dkt. 14-1, but what he has filed does not show why his claims should not be dismissed, dkt. 12 at 4.

The Court does not have subject matter jurisdiction over a complaint that is wholly insubstantial. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998). And "[a] frivolous federal law claim cannot successfully invoke federal jurisdiction." *In re African-American Slave Descendants Litig.*, 471 F.3d 754, 757 (7th Cir. 2006).

---

[1] Mr. Weinschenk's motion for leave to amend, dkt. [14], is **denied as moot.**

1

    While Mr. Weinschenk does mention in passing the Constitution of the United States and several federal statutes, the complaint does not identify a federal cause of action.  Even liberally construing the complaint, this Court cannot discern within it any plausible federal claim against any defendant.  *See Sanders-Bey v. United States*, Nos. 07-2204, 07-3891, 267 Fed. Appx. 464, 465 (7th Cir. Feb. 25, 2008) *cf. United States ex rel. Garst v. Lockheed–Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003).

    Mr. Weinschenk's claims are **DISMISSED with prejudice**.[2]  *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011).  Defendants' motion to dismiss, dkt. [6], motion for extension of time, dkt. [10], and motion to screen Plaintiff's amended complaint, dkt. [15], are **DENIED as moot.**  Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 8/27/2021

                                                  *James Patrick Hanlon*
                                                James Patrick Hanlon
                                                United States District Judge
                                                Southern District of Indiana

---

[2] On August 20, 2021, Mr. Weinschenk filed a 95-page second amended complaint alleging 1138 claims.  Dkt. 17.  That amended complaint, filed past the deadline, does not change the Court's analysis.

Distribution:

CHARLES WEINSCHENK
20040 Wagon Trail Drive
Noblesville, IN 46060

Robert Christopher Becker
RICHARDS BOJE & PICKERING
rbecker@rbpbblaw.com

Eliot Blackburn
INDIANA ATTORNEY GENERAL
eliot.blackburn@atg.in.gov

Zachary Robert Griffin
INDIANA ATTORNEY GENERAL
zachary.griffin@atg.in.gov